UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

James K. Bredar, Chief Judge )
)
V. ) MISC. NO.18-114
)
)
Starsha Sewell, M.Ed., )

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 FEB 28 PM 3: 21
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

FILED
LOGGED
ENTERED
RECEIVED
FEB 2 6 2018
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY DEPUTY

## STARSHA SEWELL'S RESPONSE TO CHIEF JUDGE BREDAR'S ORDER TO SHOW CAUSE PURSUANT TO ALL WRITS ACT UNDER 28 USC 1651 (A)

Comes Now Starsha Sewell, with her response to the Chief Judge of the United States District Court for the District of Maryland, who has erred upon misapplying the law, to advance the interest of Fidelity National Financial, The Maryland Mortgage Task Force, the FBI, his Judicial peers and their children, The PG County Department of Social Services & Police, Judge John Paul Davey, Mark Pritchard of the Regional Transportation Administration, and former employers whose Parents are also Judicial Officers, Specifically Robert Silberman, Chairman of Strayer University whose father is a Federal Judge at the United States Court of Appeals in Washington, DC, in close proximity to the Federal Trade Commission and The United States Department of Justice (The branch of government who concealed the financial crimes of Fidelity National Financial from 2001 to the Present).

**In response to Judge Bredar's Order to Show Cause, Starsha Sewell's response is as follows: "Rule 28 USC 1651 (a) Expressly states: "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."**

Unfortunately, Judge Bredar, who clearly in this action is serving as an ambassador for the Supreme Court on down, and the US Department of Justice, in an collective and strategic attempt to silence the Starsha Sewell, United States Treasury Whistleblower, who has filed every action on good faith from 2012 to the present, but was subjected to various injustices as an act of whistleblower reprisal for exposing the wrongdoing of Executive Level Department of Justice Officials at the Federal Bureau of Investigation. (See **Exhibit A)**

1

This court has made several attempts to entrap in a web of injustices via civil rights deprivations ranging from family, career, to property litigations filed by Starsha Sewell; as they changed Statues on various litigations with malicious intent to engage in civil rights deprivations, which Judge Bredar, after having read and cited eleven pages of civil actions you will noticed that in **Exhibit 6,** that Chief Judge Bredar also participated in the maltreatment of the Respondent.

In the first paragraph of Judge Bredar's show cause order he cites the civil rights deprivations in Sewell vs. Fidelity National Financial, but omitted that the Board of Governors of the Federal Reserve fined the organization $65 Million dollars for purchasing and implementing a Ponzi Scheme from January 1, 2008 to December 31, 2010 on the United States of America on January 23, 2017; and that he participated in the concealment of Judge Chasanow, and Judge Grimm's violation of 42 USC 1981 enforcement of a contract; that protects Starsha Sewell from Fidelity National Financial's isolated implantation of their Ponzi Scheme against Starsha Sewell; whose property was stolen in December of 2009, as her Lender name was altered on mortgage documents using robo-signing technology that was produced by Fidelity National Financial with the sole intent to defraud their insured and the United States of America.  See **Exhibit 1 and Exhibit 1 a, and Exhibit 6**

Judge Bredar stated [sic] " **Sewell's long history of vexatious litigation in this Court is well-established and is clearly the result of issues with which the Court may not provide assistance as they are psychiatric in nature**". See **Exhibit 2**

However, Judge Bredar's statement is false, slanderous, racist, and abusive and was only stated because he engaged in RICO Act obstruction of Justice, upon utilizing the prestige of his position to advance the interest of Fidelity National Financial in **Exhibit 6**. It is my good faith belief, that his comments are retaliatory in nature because his order with this comment was written One Day after I filed Whistleblower disclosures against him with the Fourth Circuit. This show cause order is unreasonable and illegal, because Judge Chasanow's injunction said that I could not file a case against Fidelity National Financial without leave from the court, and there is only two ways to receive leave 1) Request It; or 2) The Court on Its Own Correction of An Error Would Initiate It Under Rule 60 A.

Judge Bredar's mental disability in his official capacity as a Judicial officer is found in the fact that he displays clear inability to discern the difference between the filing of a new- case and a request for leave to re-opening of an existing case, on the basis of Fraud on the Court, of Fidelity National Financial post the discovery of their use of a Ponzi Scheme against the US and their Insured, which is relievable. Secondly, Judge Chasanow and Judge Grimm were incorrect upon ruling in the Favor of Fidelity National Financial, as I conveyed effectively to both Judges that Fidelity National Financial Purchased a Ponzi Scheme with the intent to defraud the United States of America, and neither cared because they are racially biased and were committed to advancing the interest of Strayer Universities' Executive Chairman Robert Silberman, who used judicial officers to continue a fact pattern of retaliation against the respondent. Judge Grimm and Chasanow has a history of concealing property theft's to advance the interest of Judicial officer's Children Robert Silberman and Catherine Motz, et.al.; this was raised to Judge Grimm in Sewell vs. Strayer; and he dismissed the case with the sole intent to engaged in 18 USC 1519 Concealment of fraud and theft of property in violation of the 14th Amendment.

Direct evidence of psychiatric issues of Judge Bredar, Grimm, and Chasanow are in **Exhibit 6** and in the matter of Sewell vs. Fidelity National Financial, where United States Judicial officers sanctioned and applied an injunction on a United States Treasury Whistleblower, for defending our Nation and the United States Treasury against the Financial Crimes of Fidelity National Financial **TWO years prior** to its discovery by the Board of Governors' of the Federal Reserve who ultimately ended up fining Fidelity National Financial $65 Million dollars for purchasing and implementing a Ponzi Scheme from January 1, 2008 to December 31, 2010 on the United States of America; but did not discover the crime until **January 23, 2017**. This alone is the reason why you should not impose any further injunctions, and is also the reason that you must rescind and vacate all of the orders that imposed injunctions with malicious intent to conceal fraud in violation 18 USC 1519.

**Judge Bredar states [sic] " Plaintiff has not responded to this court's Order requiring her to show cause [In Civil Action DKC-16-906 Sewell vs. Fidelity National Financial] " Indeed, the rambling and incoherent pleadings she has filed, together with over 100 pages of exhibits that Plaintiff has filed simply underscore the need for appropriate action to end her effort to harass this Defendant and squander judicial resources.**

Clearly Judge Bredar has willfully engaged in slander and defamation against Starsha Sewell in his attempt to Character assassinate, name call, and label the intelligent African American Female in ways that he should describe himself. Judge Bredar abused his discretion upon using and or quoting such harsh language towards Starsha Sewell, United States Treasury Whistleblower, and he, Chasanow, and Judge Grimm are threats to the United States of America's financial and economic stability as he used the prestige of his position to engage in 18 USC 1519 Sarbanes Oxley Concealment of financial Crimes of Fidelity National Financial, who was fined $65 Million dollars for purchasing and implementing a Ponzi Scheme on the United States of America from January 1, 2008 through December 31, 2010; on **January 23, 2017. (See Exhibit 1 and 1 a, and Exhibit 6)**.

Direct evidence of psychiatric issues and racial bias, via his lack of sound judgment and clear abuse of discretion (i.e. name calling, labeling, stereotyping, an African American woman with Maryland's "Crownsville" mental health stigma's that continue to remain untrue; and serves as a legal basis for sanctionable judicial misconduct of Judge Bredar who engaged in judicial activism on February 21, 2018, because he was appealed by the respondent on February 20, 2018. In Chief Judge Bredar, show cause order he classifies patriotism as vexatious; classifies sanity as insanity, and he classifies injustice as justice, and only this is direct evidence of racial bias, clearly, which is also illegal sanctionable judicial misconduct and proof of disability. This courts failure to head the sound instruction provided by the respondent via whistleblower disclosures against Fidelity National Financial, serves as direct evidence of the courts violation of 18 USC 1519 Sarbanes Oxley concealment of fraud on the court is listed in **Exhibit 4, 6, and the entire Appendix.**

Additionally, Judge Bredar admitted that the United States District Court for the District of Maryland remanded a **28 USC 1443** Civil Rights Action to the Court of Special Appeals, and that it was affirmed by the Court of Appeals for the Fourth Circuit. However, omitted that the Order enforced against Starsha Sewell's Wages in the Sewell vs. Regional Transportation Agency case was written by the PG County Circuit Court in violation of **Exhibit 5. See Exhibit 5a**

4

Judge Bredar also omitted that Judge Motz remanded the 28 USC 1443 Civil Rights Action under **28 USC 1441**. See **Exhibit 5**; and since Judge Bredar raised questions about my qualifications as an Organizational Trainer at a Bus Company; I will remind him that prior to the economic crisis that I served as a Professor and Academic Dean, who holds a AA, Degree in Justice Studies, BA Degree in English, Executive Graduate Certificate In Business Administration, a Masters' Degree in Education, Higher Education Management; and have completed 80% of My Doctoral Degree with a GPA of 3.91; have written my dissertation to solve the housing crisis, despite Judge Deborah Chasanow RICO Act Obstructions of Justice in the Sewell vs. PHEAA case, which was filed to redeem my time in my Doctoral program that was lost due to employment discrimination of Strayer University. Hence, I am way to educated to be driven to a psychiatric state for a matter that can be redressed, and addressed with my Expertise.

This court should be grateful that I have the emotional intelligence to deal with patiently and in a state of continual forgiveness, kindness, and long suffering; that of which I can only give Jesus Christ the glory for because He has been faithful by allowing me to endure. Hence, I will address reason why you should not enter a show cause order to further penalize me for the misconduct of judicial officers within your judicial circuit.

1. Judge Motz did not recuse himself in the matter of Sewell vs. WMATA, hence Judge Chaung; hence Hazel engaged in fraud on the court; and the Fourth Circuit did as well.
2. Judge Alexander Williams is the former Campaign Manager of Jack Johnson, who was prosecuted by the USAG MD for real estate and developer fraud and bribes; these prosecutor's and the Baltimore FBI failed to prosecute the rest of the bad actors to include themselves as the entire USAG MD served on the Maryland Mortgage Task Force, and selectively targeted only a few large names to incite drama and distractions off of their criminal enterprise; that I filed whistleblower disclosures on.
3. Judge Hazel admitted that he has some areas to work on when he was nominated for the position of Judge, and every action that he has taken provides direct evidence that he properly identified his weakness; hence, he should be recused and all actions should be re-considered.
4. Judge Xinis is the former law clerk of Judge Diana Motz, the wife of Judge J.F.Motz the individual who change the statue on my 28 USC 1443 civil rights action to advance the interest of his daughter who oversaw the theft and illegal transfer of my property when she served as an

Attorney for the office of the Governor tasked with oversight of the Maryland Housing and Community Development.

5. Roger Titus, used the prestige of his position to advance the interest of his law form that is is heart's passion Venable, llc; despite the settlement agreement that the US Department of Labor used to ensure my employment with the organization.

6. Judge Grimm is an Army man, and a Member of the COIF, as is Audrey Flessig, and William Foley the CEO of Fidelity National Financial, and he used the prestige of his position to advance the interest of "White Power"; in violation of Civil Rights Statues that guarantee the "Black Woman" equal rights under 42 USC 1981 as the White Power that was used to deprive my "Black Power" in violation of my Insurance Policy, which is listed in **Exhibit 6.**

7. Judge Messitee used the prestige of his position to advance the interest of Judge Davey in violation of **Exhibit 5.** His allegiance to Brazil is the blame, as he is a traitor. He has a vested interest in DACA children; rather than African American United States Citizens.

8. Judge Bredar in his official capacity of the Chief Judge of United States District Court for the District of Maryland concealed and failed to correct his subordinate, and has not in his entire show cause order or in the documents that he has already returned to Starsha Sewell, in Case No.DKC-16-906; on December 21, 2017, which is disagreeable to the usages and principles of law. See **Exhibit 6**

Another reason, that you should not enter another injunction and should remove all injunctions that currently exist is because for several years; I have filed Motions for a transfer of venue in the best interest of Justice, and they were granted; hence, judicial officers of this court had a vested interest in imposing 18 USC 242 civil rights deprivations against the respondent, because she filed whistleblower disclosures against Fidelity National Financial, a Delaware Corporation with the jurisdiction of the Baltimore FBI, who violated the Failure To Faithfully Execute the Law Act of March 7, 2014; upon concealing organized crime and the implementation of a Ponzi Scheme of Fidelity National Financial and the Maryland Mortgage Task Force and New Jersey Task Force, who orchestrated the kidnapping of my son's with collective members in their illegal partnership with Fidelity National Title Group, a Fidelity National Financial Company.

This court has played victim, every action listed in the eleven page Show Cause order, and I will not entertain it; because my whistle-blower disclosures against the entire Department of Justice, the Maryland Mortgage Task force, and the Judicial Officer's who participated with the illegal group in violation of Executive

Order 13519 and 13271 and all utilized the prestige of their positions to advance the interest of a corporation that purchased a Ponzi Scheme, which has been concealed by this judicial officer from at least 2016 to the Present, because he conspired with Deborah Chasanow to advance their interest; and invoked this action as an act of retaliation because I appealed his order. In fact, Chief Judge Bredar participated with the group on March 1, 2017. See **Exhibit 3**

This Court and judicial officers therein, has not respected the Congressional Authority given to me under 28 USC 1443 in the matters of civil rights removals; which does not permit remands; or under **5 USC 1213 (a)(1) (A)(B)(2(A)(B)- Provision relating to disclosure of violations of law, gross mismanagement, and certain other matters; Former Federal Employees who file complaints of wrongdoing under this statue are not bound to work for the agency that the wrongdoing is occurring under this statue; as this is a disclosure of wrongdoing.**

The Maryland Mortgage Task Force, which was not delegated Authority by President Bush or President Obama's Executive Orders 13519 or 13271; and **under 18 USC 2382 statue of Misprision Treason**, which requires me to alarm the courts, governor, President or some State Judge of crimes being administered in the United States Treasury or systems, pursuant to 5 USC 1213 (a)(1) (A)(B)(2(A)(B), **under my obligation to the United States of America and to protect and preserve my nation from Domestic & Foreign enemies of the United States of America, especially when it comes to the United States Treasury and Financial crimes perpetrated against it, which is clearly a Threat to National Security that this court has created, and in terms failed to respond to a "Creditable Threat" filed by a "Creditable Source, named Starsha M. Sewell.**

I deny the allegations stated about Starsha Sewell in the entire Show Cause Order written by Judge Bredar, because all of his allegations are false, and his false allegations does not meet the legal threshold require to impose an injunction on the United States Whistle Blower, because every action was filed with good faith and in the best interest of the United States of America; and Starsha Sewell. All Actions were filed in good faith. See **Exhibit 7.**

## WHISTLEBLOWER DISCLOSURE

Showing Direct Evidence That the MARYLAND MORTGAGE TASK FORCE (MMTF) Failed to Faithfully Execute The Law Against FIDELITY NATIONAL FINANCIAL PONZI SCHEME PURCHASE FOR THE PAST SIX YEARS UNDER THE FBI LEADERSHIP OF DIRECTOR'S ROBERT MUELLER, JAMES COMEY, AND CHRISTOPHER WRAY; ALL Who IGNORED THE WHISTLEBLOWER DISCLOSURES OF THE APPELLANT & Forsook their Fiduciary Obligations to the United States of America Pursuant to Executive Orders 13519 and 13271.

The Appellant now comes with a Whistleblower disclosure to this court under the 18 USC 2382 statue of Misprision Treason, which requires me to alarm the courts, governor, President or some State Judge of crimes being administered in the United States Treasury or systems; and I further bring this action under 5 USC 1213 (a)(1) (A)(B)(2(A)(B)- Provision relating to disclosure of violations of law, gross mismanagement, and certain other matters; Former Federal Employees who file complaints of wrongdoing under this statue are not bound to work for the agency that the wrongdoing is occurring under this statue; as this is a disclosure of wrongdoing. The Maryland Mortgage Task Force, which was not delegated Authority by President Bush or President Obama's Executive Orders 13519 or 13271.

## ARGUENDO

Pumphrey v. K. W. Thompson Tool Co., 62 F.3d 1128, 1130 (9th Cir.1995). (FRCP "60(b) provides that a judgment may be set aside for fraud upon the court. One species of fraud upon the court occurs when an 'officer of the court' perpetrates fraud affecting the ability of the court or jury to impartially judge a case. At 1132-33: '[T] he inquiry as to whether a judgment should be set aside for fraud upon the court under Rule 60(b) focuses [on] whether the alleged fraud harms the integrity of the judicial process.'")

Shammas v. Shammas, supra note 32, 88 A.2d at 208, "[U]pon principle, we hold that relief for fraud upon the court may be allowed under our rule whether the fraud charged is denominated intrinsic or extrinsic." 31196 F.Supp. 988 (W.D.N.Y. 1951). 0I d. at 993.

### Declaration and Signature:

I declare under penalty of perjury that the statements made in this **SHOW CAUSE ORDER RESPONSE** are true and correct to the best of my knowledge.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **SHOW CAUSE ORDER RESPONSE** was served on **Judge James K. Bredar, Chief Judge** via Hand Delivery to the Clerk's Office' on February 26, 2018.

**Attention: Judge James K. Bredar, Chief Judge**

United States District Court For The of Maryland

101 W Lombard Street

Baltimore, MD 21201

Respectfully Submitted,

(Starsha M. Sewell, M.Ed
P.O. Box 7073
Capitol Height, MD 20791