FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 MAR -6 AM 9: 11
CLERK'S OFFICE
AT BALTIMORE
BY____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: STARSHA SEWELL, MISC. NO. 18-114

\*\*\*\*\*\*

## ORDER

Pursuant to this Court's February 21, 2018, Order to Show Cause, Ms. Sewell has filed a response. ECF 2. For the reasons set forth below, and in the manner specified more fully below, the Court enjoins Ms. Sewell from filing any further pleadings in this Court without first obtaining leave of Court to do so.

In her response, Ms. Sewell offers as cause in opposition to the issuance of a pre-filing injunction that she is a "United States Treasury Whistleblower, who has filed every action on good faith from 2012 to the present." ECF 2 at p. 1. She further avers that she has been "subjected to various injustices as an act of whistleblower reprisal for exposing the wrongdoing of Executive Level Department of Justice Officials at the Federal Bureau of Investigation." *Id.* Ms. Sewell attaches a copy of a treatise she authored entitled, "Civil Rights Error: An Exodus Experience," and subtitled, "The System is Rigged." ECF 2-10. In the 96-page document, Ms. Sewell maintains that the Maryland Mortgage Task Force was created by then-Assistant United States Attorney General for Maryland Rod Rosenstein without legal authority to do so. She notes that Rosenstein is a "Jewish Male" who created the Task Force "to exile Americans across racial and faith based lines." *Id.* at p. 1. Although the entire logical thread is difficult to discern, it appears Ms. Sewell blames the foreclosure proceedings that caused her to lose her home and the child custody proceedings resulting in the removal of her children from her custody on the

fact that she reported the Maryland Mortgage Task Force for fraud to the FBI. She further continues to claim that all judicial decisions that did not acknowledge her status as a whistleblower or recognize the "nexus" between her attempts to expose the fraud occurring, are written by judges who are a part of a conspiracy to continue the alleged fraud.

Against this backdrop, Ms. Sewell asserts that the undersigned has participated in her maltreatment and has failed to recognize that the previously issued, pre-filing injunctions constitute civil rights deprivations and ignore Ms. Sewell's claims that, for example, Fidelity National Financial was "fined . . . $65 million for purchasing and implementing a Ponzi Scheme." ECF 2 at p. 2. She further accuses the undersigned of being engaged in "RICO Act obstruction of justice" based on the inclusion in the Order to Show Cause of language used in an Order dismissing one of Ms. Sewell's more recent cases. *Id.*

Ms. Sewell attempts to revisit the merits of decisions dismissing her cases against Fidelity National Financial, noting that the dismissals were improper because she alleged the company had purchased a Ponzi Scheme.[1] *Id.* at p. 3. She again accuses each member of this bench who has dismissed one or more of her complaints of being racist and maintains that she was improperly enjoined from filing suit against Fidelity National Financial because she is "a United States Treasury Whistleblower . . . defending our Nation and the United States Treasury against the Financial Crimes of Fidelity National Financial." *Id.* She cites this as "reason enough" not to enjoin her further and to rescind all existing injunctions against her. *Id.*

---

[1] Ms. Sewell's claim against Fidelity National Financial was that the company engaged in race and gender discrimination against her when it did not pay a claim she made against her title insurance after her home was foreclosed on, based on her belief that title insurance means title to her home would remain with her regardless of a lienholder's claim that she was in default. *See Sewell v. Fidelity National Financial*, Civil Action PWG-15-3077 (D. Md.); *Sewell v. Fidelity National Financial*, Civil Action PWG-15-3392 (D. Md.); and *Sewell v. Fidelity National Financing, Inc.*, Civil Action DKC-16-906 (D. Md.). Each complaint was dismissed as frivolous.

Ms. Sewell cites as "another reason" that she should not be further enjoined and existing injunctions should be rescinded that "for several years . . . I have filed Motions for a transfer of venue[2] in the best interest of Justice, and they were granted; hence, judicial officers of this court had a vested interest in imposing 18 U.S.C. [§] 242 civil rights deprivations against the respondent . . . ." ECF 2 at p. 6. She further states that "[t]his court has played victim, every action listed in the eleven page Show Cause order, and I will not entertain it." *Id.* Ms. Sewell also denies the "allegations stated about Starsha Sewell in the entire Show Cause Order written by Judge Bredar, because all of his allegations are false, and his false allegations does (sic) not meet the legal threshold require (sic) to impose an injunction on the United States Whistle Blower, because every action was filed with good faith and in the best interest of the United States of America; and Starsha Sewell." *Id.* at p. 7.

While this Court is mindful that it "should not in any way limit a litigant's access to the courts absent 'exigent circumstances, such as a litigant's continuous abuse of the judicial process by filing meritless and repetitive actions,'" *Cromer v. Kraft Foods North America, Inc.*, 390 F.3d 812, 817-18 (4th Cir. 2004) (quoting *Brown v. Farrelly*, 994 F.2d 1027, 1038 (3d Cir. 1993)), it is clear that Ms. Sewell either cannot or will not relent in her efforts to litigate claims that have repeatedly been found meritless both by this Court and the Fourth Circuit Court of Appeals.

Weighing the relevant circumstances here, the Court concludes Ms. Sewell's history as set forth in the Order to Show Cause is vexatious, harassing, and duplicative. Although she protests that her actions are filed in good faith, Ms. Sewell continues to pursue claims despite findings that they state no legally cognizable claim; her inexplicable beliefs otherwise are unavailing. The burden Ms. Sewell's litigation places on this Court has required time and

---

[2] Review of Ms. Sewell's cases does not support her claim that she sought and was granted a change of venue. In any event, a request for venue transfer does not support her conclusion that members of this bench have conspired to deprive her of her civil rights.

resources to be spent rehashing the same or similar claims, often in the same case where Ms. Sewell files numerous post-judgment motions. All of Ms. Sewell's claims are filed in forma pauperis and while no service is directed in most of her cases, Ms. Sewell often takes it upon herself to send copies of her pleadings to the opposing party, constituting a burden on those unfortunate enough to incur her wrath. *See, e.g., Sewell v. Fidelity National Financial*, Civil Action DKC-16-906 at ECF 9 (Defendant's Motion for Sanctions). Finally, the limited injunctions imposed thus far have had little to no effect on Ms. Sewell's vexatious litigation and, as is clear from her response to the Order to Show Cause, she has no intention of abandoning her efforts to establish that she has been victimized by a grand conspiracy scheme. The Court finds that less restrictive sanctions have already proven ineffective. *See Cromer*, 390 F.3d at 818 (setting forth factors to determine if a pre-filing review should be utilized).

Accordingly, it is hereby ORDERED by the United States District Court for the District of Maryland:

1. The Clerk SHALL NOT ACCEPT for filing any further complaints or other papers submitted by Starsha Sewell unless a United States District Judge certifies that the complaint or pleadings are filed in good faith and not for any improper purpose and that they have a colorable basis in law and fact;

2. The Clerk SHALL RETURN to Ms. Sewell, under judicial signature, all screened complaints or other papers submitted by Ms. Sewell that are not accepted for filing; and

3. The Clerk SHALL DESTROY all screened complaints or other papers that Ms. Sewell attempts to re-file in this Court after they have been returned to her.

Dated this __1__ day of March, 2018.

FOR THE COURT:

/s/ James K. Bredar

James K. Bredar
Chief Judge